IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| JOYCE AND KEVIN ROBERTS, | |
|---|---|
| Plaintiffs, | 4:17-CV-3140 |
| vs. | |
| TYCO INTERGRATED SECURITY, LLC, | JUDGMENT |
| Defendant. | |

On the plaintiffs' notice of voluntary dismissal (filing 7), and pursuant to Fed. R. Civ. P. 41(a)(1), the plaintiffs' complaint is dismissed without prejudice.

Dated this 1st day of November, 2017.

BY THE COURT:

_John M. Gerrard_
John M. Gerrard
United States District Judge